THOMAS W. HARRIS, as Assignee, etc., Appellant, *v.* LAVINIA TAYLOR, Impleaded, etc., Respondent.

(Argued March 14, 1887; decided April 19, 1887.)

*Edward S. Hatch* for appellant.

*Josiah T. Marean* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.